# United States District Court
## Western District of Kentucky
## Louisville Division

| | |
|---|---|
| **Chris Willingham**        ) | |
| )                                           | |
| **Plaintiff**       ) | |
| )                                           | |
| v.                                      ) | Case No. 3-17-CV-757-DJH |
| )                                           | |
| **Augusta Home Sales, LLC,**  ) | |
| **and Valley Station 1, LLC**   ) | |
| )                                           | |
| **Defendants**   ) | |

## AGREED ORDER

This matter is before the Court on the request of Plaintiff Chris Willingham and Defendant Valley Station 1, LLC to extend the time Plaintiff has to respond to Defendant Valley Station 1, LLC's Motion to Dismiss. An extension of time up to an including February 23, 2018 was previously agreed upon between these parties for Plaintiff to respond to the Motion to Dismiss, and granted by this Court (DN 11). As the parties are actively discussing settlement at this time, the parties have agreed to a thirty day additional extension for Plaintiff to respond to the Motion to Dismiss. The Court, having heard the arguments of counsel and being otherwise sufficiently advised, finds that the Motion is well-taken and will grant it. Accordingly,

IT IS ORDERED that the parties' Motion is GRANTED. Plaintiff is granted an extension of up to and including March 26, 2018 to respond to Defendant's pending Motion to Dismiss. Defendant shall file a Reply, if any, consistent with the time frames set out in the Court's Local Rules.

**Have Seen and Agreed:**

/s/ James Craig (with permission)
James Craig, Esquire
Craig Henry, PLC
239 South Fifth Street, Suite 1400
Louisville, KY 40202
Telephone:  502.614.5962
Facsimile:   502.614.5968
Jcraig@craighenryLaw.com
*Counsel for Chris Willingham*

/s/ Joseph P. Hummel
Joseph P. Hummel
**Lynch, Cox, Gilman & Goodman**
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Telephone:  502.589.4215
Facsimile:   502.589.4994
Jhummel@LynchCox.com
*Counsel for Valley Station 1, LLC*