UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| CHRIS WILLINGHAM ) | |
| ) | |
| Plaintiff, ) | Case No. 3-17-cv-757-DJH |
| ) | |
| v. ) | |
| ) | |
| AUGUSTA HOME SALES, LLC ) | |
| ) | |
| and ) | |
| ) | |
| VALLEY STATION 1, LLC, ) | |
| ) | |
| Defendants. ) | |

\*\* \*\* \*\* \*\* \*\*

## NOTICE OF SETTLEMENT

Come the parties, by counsel, and advise the Court that the parties have reached a settlement as to all claims and within forty-five (45) days will tender an Agreed Order of Dismissal to the Court.

Respectfully submitted,

SEWELL & NEAL, PLLC

/s/Peter J. Sewell_____
PETER J. SEWELL
CHARLES A. WALKER
220 West Main Street, Suite 1800
Louisville, KY  40202
Telephone:     (502) 582-2030
Facsimile:      (502) 561-0766
E-mail:          psewell@sonlegal.com
                     cwalker@sonlegal.com
*Counsel for Defendant,*
*Augusta Home Sales, LLC*

1

CRAIG HENRY PLC


/s/James Craig (w/permission)
JAMES CRAIG
ISAAC T. FAIN
239 S. Fifth Street, Suite 1400
Louisville, KY  40202
E-mail:  jcraig@craighenrylaw.com
*Counsel for Plaintiff*


LYNCH, COX, GILMAN & GOODMAN, PSC


/s/Joseph Hummel (w/permission)
JOSEPH P. HUMMEL
500 W. Jefferson Street, Suite 2100
Louisville, KY  40202
E-mail:  JHummel@LynchCox.com
*Counsel for Defendant, Valley Station 1, LLC*

## **CERTIFICATE OF SERVICE**

  I do hereby certify that a copy of the foregoing was filed electronically with the clerk of the court, this 16th day of February, 2018, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. James Craig
Mr. Isaac T. Fain
Craig Henry PLC
239 S. Fifth Street, Suite 1400
Louisville, KY  40202
*Counsel for Plaintiff*

Mr. Joseph P. Hummel
Lynch, Cox, Gilman & Goodman, PSC
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202
*Counsel for Defendant,*
*Valley Station 1, LLC*


/s/Peter J. Sewell_____
PETER J. SEWELL